DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Addison v. Kye<br><br>Case below:<br>165 N.C. App. 543 | No. 413P04 | Plt's PDR Under N.C.G.S. § 7A-31<br>(COA03-1111) | Denied<br>10/06/04 |
| Bruggeman v.<br>Meditrust Co., LLC<br><br>Case below:<br>165 N.C. App. 790 | No. 496A04 | 1. Defs' NOA Based Upon a Dissent<br>(COA03-944)<br><br>2. Defs' PDR as to Additional Issues<br>Under N.C.G.S. § 7A-31<br><br>3. Defs' PWC to Review the Order of the<br>Superior Court and Decision of the North<br>Carolina COA (COA02-1613)<br><br>4. Joint Motion to Withdraw NOA, PDR<br>and PWC and Dismiss Appeal | 1.<br><br>2. ——<br><br>3. ——<br><br>4. Allowed<br>10/06/04 |
| Cannon v. Day<br><br>Case below:<br>165 N.C. App. 302 | No. 398P04 | Defs' PDR Under N.C.G.S. § 7A-31<br>(COA03-704) | Denied<br>10/06/04 |
| Crowder v. State<br><br>Case below:<br>157 N.C. App. 142 | No. 422P04 | Plt's PWC to Review the Decision of the<br>COA (COA02-509) | Denied<br>10/06/04 |
| Freeman v.<br>Crawford & Co.<br><br>Case below:<br>164 N.C. App. 779 | No. 354P04 | 1. Def's PDR Under N.C.G.S. § 7A-31<br>(COA03-921)<br><br>2. Joint Motion to Dismiss PDR | 1. Dismissed as<br>moot<br>**09/16/04**<br><br>2. Allowed<br>**09/16/04** |
| Godfrey v. Res-<br>Care, Inc.<br><br>Case below:<br>165 N.C. App. 68 | No. 419P04 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA03-790 and 791) | Denied<br>10/06/04 |
| Golds v. Golds<br><br>Case below:<br>164 N.C. App. 227 | No. 271P04 | 1. Def's NOA Based Upon a Constitutional<br>Question (COA03-472)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed<br>*ex mero motu*<br>10/06/04<br><br>2. Denied<br>10/06/04 |
| Hardee v. N.C. Bd.<br>of Chiropractic<br>Exam'rs<br><br>Case below:<br>164 N.C. App. 628 | No. 288P04 | 1. Petitioner's Motion for Temporary Stay<br>(COA03-860)<br><br>2. Petitioner's Petition for Writ of<br>Supersedeas<br><br>3. Petitioner's PDR Under N.C.G.S.<br>§ 7A-31 | 1. Stay<br>Dissolved<br>10/06/04<br><br>2. Denied<br>10/06/04<br><br>3. Denied<br>10/06/04 |